**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| DR. STEVEN ARKIN, a Florida resident, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 8:16-cv-01289 |
| v. | ) ) | |
| PRIORITY REPLY NETWORKS, LLC d/b/a CALL SIMPLIFIED and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff DR. STEVEN ARKIN hereby gives written notice to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties are in the process of finalizing the settlement agreement and other documentation required to effectuate the settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next thirty days.

Respectfully submitted,

DR. STEVEN ARKIN, individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
Brian J. Wanca
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
Fax: 847-368-1501

Email: rkelly@andersonwanca.com;
bwanca@andersonwanca.com;
rgood@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2016, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.


/s/      Ryan M. Kelly